IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLADE MICHAEL SORENSON,<br><br>Defendant. | CR 18–59–M–DLC<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 34). Defendant Blade Michael Sorenson appeared before the Court on March 15, 2019, and entered a plea of guilty to counts II and III of the indictment. He also admitted the forfeiture allegation. Sorenson's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 18 U.S.C. § 924(d), and 21 U.S.C. § 881(a)(11).

IT IS ORDERED:

THAT Defendant Sorenson's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2), 18 U.S.C. § 924(d), and 21 U.S.C. § 881(a)(11):

- $247.00 in United States Currency;
- One black butterfly knife;

- One black Samsung Galaxy phone with case;
- One black holster; and
- Ammunition: 1 x .22, 1 x .223, 41 x 9mm, 12 x .45, 87 x .45.

THAT the Federal Bureau of Investigations, United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 18th day of March, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court